UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEGEND'S CREEK LLC,
JON RESTIVO, and
ADEN MOTT
    *Plaintiffs*

v.                                                   C.A. No. 22-cv-309-JJM-PAS

THE STATE OF RHODE ISLAND, and
THE RHODE ISLAND DEPARTMENT OF
HEALTH
    *Defendants*

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, the State of Rhode Island Department of Health, and pursuant to Fed. R. Civ. P. Rule 56 and hereby moves for summary judgment on all remaining claims. In support hereof, Defendant relies on the accompanying memorandum of law.

Respectfully submitted,

THE STATE OF RHODE ISLAND
and THE RHODE ISLAND
DEPARTMENT OF HEALTH

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Shannon L. Haibon*
Shannon L. Haibon, #9860
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel (401) 274-4400 ext. 2018
Fax (401) 222-2995
shaibon@riag.ri.gov

## **CERTIFICATION**

I, the undersigned, hereby certify that I have filed the within Document via the ECF System and that it is available for viewing and downloading on the 30th day of September, 2024.

*/s/ Shannon L. Haibon*