UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LEGEND'S CREEK LLC, JON RESTIVO and ADEN MOTT <br> Plaintiffs <br> Vs. <br> THE STATE OF RHODE ISLAND and the RHODE ISLAND DEPARTMENT OF HEALTH <br> Defendants | C.A. No. 22-cv-309 |

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to F.R.Civ.P. 56(a), Plaintiff hereby move for summary judgment on liability on Count I of their Amended Complaint alleging a physical taking of their property by Defendant in violation of the Fifth and Fourteenth Amendments. The Federal Circuit has said that "[w]hether a taking has occurred is a question of law based on factual underpinnings." Memmer v. United States, 50 F.4th 136, 143-44 (Fed.Cir. 2022). Plaintiffs submit that the material facts are undisputed. Plaintiffs rely on the accompanying Statement of Undisputed Facts and their Memorandum of Law.

        Respectfully submitted,

        **LEGEND'S CREEK LLC, JON RESTIVO and ADEN MOTT, b**y their attorneys,

        /s/ Thomas W. Lyons
        Thomas W. Lyons    #2946
        Rhiannon S. Huffman    #8642
        Strauss, Factor, Laing & Lyons
        One Davol Square, Suite 305
        Providence, RI 02903
        (401) 456-0700
        tlyons@straussfactor.com

## CERTIFICATION

      I hereby certify that on September 30, 2024, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas W. Lyons*