UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEGEND'S CREEK LLC,
JON RESTIVO, and
ADEN MOTT
    *Plaintiffs*

v.                                              C.A. No. 22-cv-309-JJM-PAS

THE STATE OF RHODE ISLAND, and
THE RHODE ISLAND DEPARTMENT OF
HEALTH
    *Defendants*

## DEFENDANTS SUPPLEMENTAL STATEMENT OF UNDISPUTED FACTS

Defendant, the State of Rhode Island Department of Health ("Defendant" or "RIDOH"), supplement the following undisputed facts in support of their Objection to Plaintiff's Motion for Summary Judgment.

66. Carlene Newman testified that RIDOH had reached out to the Rhode Island Department of Environmental Management ("RIDEM") regarding any information RIDEM had on Wrights Salvage Yard. In response, RIDEM had very little information on the Salvage Yard. There was a self-compliance checklist done by the Salvage Yard, there was an indication of "storing stuff improperly" and some licensing issues. *See excerpt of Carlene Newman deposition transcript*, attached as Exhibit P ("Exh. P") at p. 38 lines 6-25; p. 39 lines 1-11.

Respectfully submitted,

THE STATE OF RHODE ISLAND
and THE RHODE ISLAND
DEPARTMENT OF HEALTH

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Shannon L. Haibon*
Shannon L. Haibon, #9860
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel (401) 274-4400 ext. 2018
Fax (401) 222-2995
shaibon@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that I have filed the within Document via the ECF System and that it is available for viewing and downloading on the 4th day of November, 2024.

*/s/ Shannon L. Haibon*