# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**LEGEND'S CREEK LLC; JON
RESTIVO; and ADEN MOTT,**
    **Plaintiffs,**

    **v.**                                          **C.A. No. 22-309JJM**

**THE STATE OF RHODE ISLAND;
and the RHODE ISLAND DEPARTMENT
OF HEALTH,**
    **Defendants.**

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants State of Rhode Island, et al. and against Plaintiffs Legend's Creek LLC, et al. pursuant to the Memorandum and Order entered on February 24th, 2026 by this Court.

                               Enter:

                               /s/ Ryan H. Jackson
                               Deputy Clerk

Dated: February 24, 2026